1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  <u>Mail</u>: 8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
3  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
4
5  Attorneys for Plaintiff, SCOTT JOHNSON

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA

8  SCOTT JOHNSON,                    )   Case No.: 5:21-cv-08278-BLF
9       Plaintiff,                   )
                                     )   **NOTICE OF SETTLEMENT AND
10      v.                           )   REQUEST TO VACATE ALL
                                     )   CURRENTLY SET DATES**
11 VUNG TAU II, INC., a California   )
   Corporation                       )
12      Defendant.                   )

13

14      The plaintiff hereby notifies the court that a provisional settlement has been
15 reached in the above-captioned case. The Parties would like to avoid any additional
16 expense while they focus efforts on finalizing the terms of the settlement and reducing it
17 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
18 currently set dates with the expectation that the settlement will be consummated within
19 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
20 as to all parties to be filed.

21                          CENTER FOR DISABILITY ACCESS

22 Dated: <u>March 06,2022</u>      By: <u>/s/ Amanda Seabock</u>
                                       Amanda Seabock
23                                     Attorney for Plaintiff