CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
cvaughan@adasolutionsgroup.com
ZARA BOKHARI (SBN: 332411)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (833) 481-1245
Facsimile: (916) 660-9378
Attorneys for Defendants
Vung Tau II, Inc.

**GRANTED**

*Beth Labson Freeman*

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br><br>　v.<br><br>VUNG TAU II, INC., a California Corporation<br><br>　　　Defendant. | Case: 5:21-cv-08278-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 05, 2022         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: April 05, 2022         VAUGHAN & ASSOCIATES LAW OFFICE, APC

By: /s/ Cris C. Vaughan
    Cris C. Vaughan
    Zara Bokhari
    Attorneys for Defendant
    Vung Tau II, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Vung Tau II, Inc., and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: April 05, 2022                     CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff